**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Lamarcus R Smith<br>            Debtor<br><br>Cenlar, FSB as servicer for CitiMortgage, Inc., or its Successor or Assignee<br>            Movant<br>        vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Lamarcus R Smith<br>            Respondents | Chapter 13<br>Bankruptcy No. 19-12256-elf |

**ORDER**

AND NOW, this __14th__ day of __May__, 2021, upon Certification of Default under the parties' prior Stipulation, it is hereby **ORDERED** that the automatic stay under 11 U.S.C. §62(a) and §1301 is, **MODIFIED** to permit Cenlar, FSB as servicer for CitiMortgage, Inc., or its Successor or Assignee to exercise its *in rem* state court remedies with respect to the property located at: 316 Howell Street, Philadelphia, Pennsylvania 19120.

_____
Eric L. Frank
United States Bankruptcy Judge